OCTOBER 17, 2005

No. 05A333. CRAWFORD ET AL. *v.* ROE. C. A. 8th Cir. Application for stay, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Temporary stay entered October 14, 2005, is vacated.

No. 05M21. WILLIAMS *v.* UNITED STATES. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 04–1203. UNITED STATES *v.* GEORGIA ET AL.; and
No. 04–1236. GOODMAN *v.* GEORGIA ET AL. C. A. 11th Cir. [Certiorari granted, 544 U. S. 1031.] Motion of Tennessee et al. for leave to participate in oral argument as *amici curiae* and for divided argument granted.

No. 04–1329. ILLINOIS TOOL WORKS INC. ET AL. *v.* INDEPENDENT INK, INC. C. A. Fed. Cir. [Certiorari granted, 545 U. S. 1127.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 04–1618. NORTHERN INSURANCE COMPANY OF NEW YORK *v.* CHATHAM COUNTY, GEORGIA. C. A. 11th Cir. [Certiorari granted, *ante,* p. 933.] Order granting petition for writ of certiorari amended to read: Certiorari granted limited to the following question: "Whether an entity that does not qualify as an 'arm of the State' for Eleventh Amendment purposes can nonetheless assert sovereign immunity as a defense to an admiralty suit."

No. 05–6528. IN RE GAISIE; and
No. 05–6530. IN RE WANSLEY. Petitions for writs of habeas corpus denied.

No. 04–10395. IN RE MARSHALL;
No. 05–5798. IN RE JOHNSON; and
No. 05–6190. IN RE KORNAFEL. Petitions for writs of mandamus denied.